UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DAVID AYERS and CAROLYN AYERS**                                                   **PLAINTIFFS**

**V.**                                                              **CIVIL ACTION NO.1:06CV1261 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY, ET AL.**                 **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [9] of State Farm Fire and Casualty Company to dismiss this action or to join the United States Small Business Administration as a party is **DENIED;** and

That the motion [7] of State Farm Fire and Casualty Company to dismiss this action or to join Cendant Mortgage Company is hereby **DENIED WITHOUT PREJUDICE** to the right of State Farm to refile this motion in the event discovery reveals that Cendant Mortgage Company or its successors or assigns continues to have an interest in the insured property or in the proceeds of the State Farm policy at issue.

**SO ORDERED** this 3rd day of May, 2007.

                                                                                                 s/ L. T. Senter, Jr.
                                                                                                 L. T. SENTER, JR.
                                                                                                 SENIOR JUDGE